# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DEBBIE SHELLEY, individually,

                      Plaintiff,

        v.

BANK OF AMERICA, N.A.,

                      Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-5124-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED JUDGMENT shall be entered for the Defendant. The Plaintiff's claims are DISMISSED WITH PREJUDICE.

November 21, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen